IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AFFINITY FINANCIAL CORPORATION and, WATERFIELD FINANCIAL SERVICES, INC, | § § § § | |
| Petitioners, | § § | |
| vs. | § § | |
| AARP FINANCIAL INC., | § § | Case No. 10-2055 Hon. Ricardo M. Urbina |
| Respondent . | § | United States District Court Judge |

## **PETITIONERS' MOTION FOR ATTORNEYS' FEES AND COSTS**

Petitioners, Affinity Financial Corporation *et al*. (collectively referred to as "AFC"), pursuant to this Court's Order of July 1, 2011 (Doc. No. 14), respectfully request that this Court enter an order awarding AFC its attorneys' fees and litigation costs incurred in successfully affirming the Arbitration Award obtained against Respondent, AARP Financial, Inc. ("AARP"). In support of this Motion, AFC states as follows:

1.  On February 11, 2009, AFC filed its Demand for Arbitration before the American Arbitration Association.

2.  On July 26 through July 29, 2010, a full evidentiary hearing was held before a distinguished panel of three arbitrators from the American Arbitration Association at the offices of counsel for AARP.

3.  On October 25, 2010, the American Arbitration Association issued its Award in favor of AFC in the amount of $2,750,000.00.

4. On December 1, 2010, AFC filed its *Petition for Confirmation of Arbitration Award and Entry of Judgment* in this Court. *See* Doc. No. 1.

5. On December 15, 2010, AARP Financial filed its Motion to Vacate the Arbitration Award. *See* Doc. No. 3.

6. AFC and AARP then briefed their respective positions between January 10, 2011 and January 25, 2011. *See* Doc. Nos. 8, 9 and 11.

7. On July 1, 2011, this Court entered an *Order* and *Memorandum Opinion* granting AFC's *Petition for Confirmation of Arbitration Award and Entry of Judgment*, which also granted AFC leave to file this instant Motion with the Court for an award of reasonable attorneys' fees and litigation costs. *See* Doc. Nos. 14 and 15.

8. From October 28, 2010, through June 30, 2011, AFC's counsel spent a total of 76.31 hours in litigating AFC's Petition to Confirm Arbitration Award and AARP's Motion to Vacate Award, for a total of $22,095.38 in attorneys' fees. All time charged by counsel was reasonable and necessary to this litigation, and each of the counsel's rates are reasonable and consistent with lawyers of similar experience in the District of Columbia, in performing similar work. *Save Our Cumberland Mountains v. Hodell,* 857 F.2d 1516, 1525 (D.C. Cir. 1988). *See* Exhibit "A," Affidavit of John D. Clayman, and Exhibit "A-1," Laffey Matrix, filed herewith and incorporated herein.

9. From February 2011 through June 2011, AFC's counsel's paralegals spent a total of 0.83 hours for a total of $83.00 in paralegal fees. Paralegal fees are properly reimbursed in an attorney's fee motion. *U.S. v. Waksberg,* 942 F.Supp. 40, 44 (D. D.C. 1996). All time charged by counsel's paralegals were reasonable and necessary to this litigation. *See* Exhibit A.

10. Costs incurred in the action are compensable as part of an attorneys' fee award. *Salazar v. District of Columbia,* 123 F. Supp. 2d 8, 16-17 (D.D.C. 2000). The total amount of taxable costs is $1,031.44, which consists of the following categories of taxable costs: (i) $350.00 in filing fees, (ii) $7.28 for postage fees, (iii) $16.80 for travel/mileage fees, (iv) $1.76 for Pacer Research fees, and (v) $655.60 for Westlaw charges (computer research charges are properly part of a reasonable attorneys' fee award). *Role Models,* 353 F.3d at 975. All expenses incurred in litigating AFC's claims were reasonable and necessary to this litigation. *See* Exhibit A.

11. The fees and expenses sought in this Motion were recorded in contemporaneously kept and sufficiently detailed time records. See Exhibits "A-2" and "A-3," filed herewith and incorporated herein.

12. Given the complexity of the litigation and the dedication of time and resources it required, the posture of AARP's adversarial responsive pleadings and the renowned reputation of AARP's counsel, and the $2,750,000.00 award successfully confirmed, the attorneys' fees submitted herein are very reasonable. Efforts by and among AFC's counsel were well coordinated, and there was no overstaffing or duplication of work.

13. The total amount of fees and litigation costs sought by AFC is as follows:

| No. | Description of Item | Amount |
|---|---|---|
| 1 | Attorney's Fees Incurred (76.31 hours) | $22,095.38 |
| 2 | Paralegal Costs Incurred (.83 hours) | $83.00 |
| 3 | Litigation Expenses | $1031.44 |
| 4 | Additional Time Anticipated for Preparation of Motion (to be supplemented) | $5000.00 |
|  |  |  |
|  | **Total** | **$28,209.82** |

14. AFC is anticipated to incur an additional $5,000.00 in attorney/paralegal fees for the preparation, filing, and argument of this instant Motion.

3

**WHEREFORE,** for the reasons discussed above, AFC respectfully requests this Court enter Orders: (i) summoning the parties to oral argument upon the instant Motion if this Court deems testimonial evidence necessary for a determination of a reasonable award of attorneys' fees and costs; (ii) granting its instant Motion for Attorney's Fees and Costs; (iii) awarding Petitioners their reasonable attorneys' fees and litigation costs incurred in the total amount of **$28,209.82**, as set out above; and (iv) for such other and further relief that this Court deems just and proper.

RESPECTFULLY SUBMITTED,

/s/ Ulka Patel Shriver
Ulka Patel Shriver, Esq. (DC Bar No. 480191)
Nealon & Associates, P.C.
119 N. Henry St. Alexandria, VA 22314
Phone: 703-684-5755
Fax: 703-684-0153
upnealon@nealon.com

Frederic Dorwart, OBA # 2436
John D. Clayman, OBA # 11790
Paul DeMuro, OBA #17502
FREDERIC DORWART, LAWYERS
Old City Hall
124 East Fourth Street
Tulsa, Oklahoma 74103-5010
(918) 583-9922 (Tel.)
(918) 584-2729 (Fax)

Counsel for Petitioners, Affinity Financial
Corporation and Waterfield Financial Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July, 2011, the foregoing document was served electronic means through the office of the Court Clerk for the District Court for the District of Columbia:

Jack McKay

jack.mckay@pillsburylaw.com

                                                                             /s/ Ulka Patel Shriver
                                                                             Ulka Patel Shriver