# EXHIBIT A
# Affidavit of John D. Clayman

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AFFINITY FINANCIAL CORPORATION *et al.*, | ) | |
| Petitioners, | ) | |
| v. | ) | Civil Action No. 10-2055 (RML) |
| AARP FINANCIAL, INC., | ) | |
| Respondent. | ) | |

**AFFIDAVIT OF JOHN D. CLAYMAN**

State of Oklahoma §
§ ss.
County of Tulsa §

I, John D. Clayman, of lawful age and being first duly sworn upon oath, certifies, and states as follows:

1. I am an attorney, duly admitted to practice before the Courts of the States of Oklahoma (1986) and Texas (2009) with the firm of Frederic Dorwart, Lawyers. My practice has consisted almost exclusively related to commercial litigation.

2. I am counsel for Petitioners, Affinity Financial Corporation *et al.* ("AFC"). As such, I am familiar with the facts and circumstances attested to herein, and the statements herein are based upon personal knowledge and are true and correct.

3. I make this Affidavit in support of Petitioners' Motion for Attorney's Fees and Costs that were incurred in successfully litigating this complex civil action against Respondent AARP Financial, Inc. ("AARP"). Frederic Dorwart, Lawyers took over the case in March of

2010. Each of the attorneys from this firm is rated AV by Martindale-Hubbell. Our firm has been assisted by Nealon & Associates, P.C. after the Arbitration Award was obtained.

4. AFC seeks the total amount of attorney's fees and costs associated with this proceeding:

**Breakdown of Attorney's Fees and Litigation Expenses**

| No. | Description of Item | Amount |
|---|---|---|
| 1 | Attorney's Fees Incurred (76.31 hours) | $22,095.38 |
| 2 | Paralegal Costs Incurred (.83 hours) | $83.00 |
| 3 | Litigation Expenses | $1031.44 |
| 4 | Additional Time Anticipated for Preparation of Motion (to be supplemented) | $5000.00 |
| | | |
| | **Total** | **$28,209.82** |

5. From October 28, 2010 through June 30, 2011, AFC's counsel spent a total of 76.31 hours in briefing and researching AFC's Petition to Confirm Arbitration Award and AARP's Motion to Vacate Award for a total of $22,095.38 in attorney fees. All time charged by counsel was reasonable and necessary to this litigation, and counsel's rates are reasonable and consistent with lawyers of similar ability and experience within the District of Columbia, in performing similar work. This amounts to an average hourly rate of $289.00. As will be demonstrated below, the rates charged by counsel for AFC are well within the applicable parameters of the Laffey Matrix guidelines.[1]

6. The hourly rate of the attorneys who performed work on behalf of AFC in relation to the requested attorney's fees are set forth as follows:

[1] A true and correct copy of the Laffey Matrix is attached as Exhibit "A-1" and incorporated herein by reference.

**Table of Attorney Information**

| No. | Name of Attorney | Years of Legal Practice | Billing Rate | Laffey Matrix Rate Allowable |
|---|---|---|---|---|
| 1 | Frederic Dorwart | 45 | $400.00/$425.00 | $734.00 |
| 2 | J. Michael Medina | 36 | $300.00 | $734.00 |
| 3 | Paul DeMuro | 18 | $300.00 | $609.00 |
| 4 | John D. Clayman | 25 | $300.00 | $734.00 |
| 5 | Robert B. Nealon | 28 | $300.00 | $734.00 |
| 6 | Ulka Patel Shriver | 6 | $200.00 | $374.00 |

7. The hourly rates for each of the attorneys identified in the above-table is well within the Laffey Matrix guidelines based upon the number of years out of law school for the applicable attorney.

8. These were the amounts actually billed to AFC.

9. Each of the attorneys identified could have devoted his/her time and efforts to other matters had they not been involved in this litigation.

10. From February 2011 through June 2011, AFC's counsel's paralegals spent a total of 0.83 hours for a total of $83.00 in paralegal fees, which were billed at a rate of $100.00 per hour. All time charged by counsel's paralegal was reasonable and necessary to this litigation in accordance with the Laffey Matrix guidelines that allows paralegals to be billed at the rate of $166.00 per hour.

11. Based on my more than 25 years' experience in commercial litigation, the rates charged by the attorneys and paralegal in this matter are well below the rates charged by attorneys of similar experience and ability in the District of Columbia for similar work.

12. AARP Financial is represented by a prominent national law firm with hourly rates that are undoubtedly significantly more than the modest hourly rates of AFC's counsel.

13. The fees and expenses sought in the Motion are recorded in contemporaneously-kept and sufficiently detailed time records.

14. Redacted time records for the attorneys and paralegal are attached as Exhibit "A-2" to this Affidavit. The records have been redacted based upon the attorney-client privilege and the work product doctrine.

15. The total amount of taxable costs is $1,031.44 which consists of the following categories of taxable costs: (i) $350.00 in filing fees, (ii) $7.28 for postage fees, (iii) $16.80 for travel/mileage fees, (iv) $1.76 for Pacer Research fees, and (v) $655.60 for Westlaw charges. All out-of-pocket expenses incurred in this proceeding were reasonable and necessary to this litigation.

16. Petitioners are anticipated to incur an additional $5,000.00 in attorney/paralegal fees for the preparation and filing of this instant Motion that will be supplemented after the response filed by AARP Financial.

I state under penalty of perjury under the laws of the State of Oklahoma that the foregoing is true and correct.

John D. Clayman

Subscribed and sworn to before me this 29th day of July, 2011, by the above John D. Clayman.

Renée Ross
Notary Public

My commission expires:

8/5/2013

RENEE ROSS NOTARY #09006522 EXP. 08/05/2013 PUBLIC STATE OF OKLAHOMA

# EXHIBIT A-1
# Laffey Matrix

# LAFFEY MATRIX

History

Case Law

Expert Opinions

See the Matrix

Contact us

Home

Links

| | | | Years Out of Law School * | | | | |
|---|---|---|---|---|---|---|---|
| Year | Adjustmt Factor** | Paralegal/ Law Clerk | 1-3 | 4-7 | 8-10 | 11-19 | 20 + |
| 6/01/11- 5/31/12 | 1.0352 | $166 | $305 | $374 | $540 | $609 | $734 |
| 6/01/10- 5/31/11 | 1.0337 | $161 | $294 | $361 | $522 | $589 | $709 |
| 6/01/09- 5/31/10 | 1.0220 | $155 | $285 | $349 | $505 | $569 | $686 |
| 6/01/08- 5/31/09 | 1.0399 | $152 | $279 | $342 | $494 | $557 | $671 |
| 6/01/07-5/31/08 | 1.0516 | $146 | $268 | $329 | $475 | $536 | $645 |
| 6/01/06-5/31/07 | 1.0256 | $139 | $255 | $313 | $452 | $509 | $614 |
| 6/1/05-5/31/06 | 1.0427 | $136 | $249 | $305 | $441 | $497 | $598 |
| 6/1/04-5/31/05 | 1.0455 | $130 | $239 | $293 | $423 | $476 | $574 |
| 6/1/03-6/1/04 | 1.0507 | $124 | $228 | $280 | $405 | $456 | $549 |
| 6/1/02-5/31/03 | 1.0727 | $118 | $217 | $267 | $385 | $434 | $522 |
| 6/1/01-5/31/02 | 1.0407 | $110 | $203 | $249 | $359 | $404 | $487 |
| 6/1/00-5/31/01 | 1.0529 | $106 | $195 | $239 | $345 | $388 | $468 |
| 6/1/99-5/31/00 | 1.0491 | $101 | $185 | $227 | $328 | $369 | $444 |
| 6/1/98-5/31/99 | 1.0439 | $96 | $176 | $216 | $312 | $352 | $424 |
| 6/1/97-5/31/98 | 1.0419 | $92 | $169 | $207 | $299 | $337 | $406 |
| 6/1/96-5/31/97 | 1.0396 | $88 | $162 | $198 | $287 | $323 | $389 |
| 6/1/95-5/31/96 | 1.032 | $85 | $155 | $191 | $276 | $311 | $375 |
| 6/1/94-5/31/95 | 1.0237 | $82 | $151 | $185 | $267 | $301 | $363 |

The methodology of calculation and benchmarking for this Updated Laffey Matrix has been approved in a number of cases. See, e.g., McDowell v. District of Columbia, Civ. A. No. 00-594 (RCL), LEXSEE 2001 U.S. Dist. LEXIS 8114 (D.D.C. June 4, 2001); Salazar v. Dist. of Col., 123 F.Supp.2d 8 (D.D.C. 2000).

* "Years Out of Law School" is calculated from June 1 of each year, when most law students graduate. "1-3" includes an attorney in his 1st, 2nd and 3rd years of practice, measured from

date of graduation (June 1). "4-7" applies to attorneys in their 4th, 5th, 6th and 7th years of practice. An attorney who graduated in May 1996 would be in tier "1-3" from June 1, 1996 until May 31, 1999, would move into tier "4-7" on June 1, 1999, and tier "8-10" on June 1, 2003.

** The Adjustment Factor refers to the nation-wide Legal Services Component of the Consumer Price Index produced by the Bureau of Labor Statistics of the United States Department of Labor.

# EXHIBIT A-2
# Redacted Time Records

FREDERIC DORWART, LAWYERS

BILLING HISTORY REPORT

*SORTED BY CLIENT CODE*
*WITH BILLING DETAIL*

| DATE | EMPLY | NAME | W.C. | B T<br>T X | COMMENT | HOURS | RATE | WIP AMOUNT | WRITE UP/DOWN | BILLED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|

CLIENT CODE: 0006609 Waterfield Enterprises Fund I,
PROJECT CODE: 0014 Affinity Financial Corp/AARP
INVOICE NO: 0048040 INVOICE DATE: 10/31/10

REDACTED

| DATE | EMPLY | NAME | W.C. | B T<br>T X | COMMENT | HOURS | RATE | WIP AMOUNT | WRITE UP/DOWN | BILLED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|

CLIENT CODE: 0006609 Waterfield Enterprises Fund I,
PROJECT CODE: 0014 Affinity Financial Corp/AARP
INVOICE NO: 0048040 INVOICE DATE: 10/31/10

REDACTED

| DATE | EMPLY | NAME | W.C. | B T<br>T X | COMMENT | HOURS | RATE | WIP AMOUNT | WRITE UP/DOWN | BILLED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/28/10 | FD | F. | 001 | B TT | Attention to post-award matters with Mr. Clayman and Mr. DeMuro. | 0.60 | 400.000 | 240.00 | 0.00 | 240.00 |
| 10/29/10 | JDC | J. | 001 | B TT | Extensive office conference with Mr. Dorwart and Mr. DeMuro to discuss handling of arbitration award; review District of Columbia provisions for filing of arbitration award; telephone conference with Mr. Jack McKay regarding status of payment of award; prepare e-mail to Mr. McKay regarding same; prepare e-mail to Mr. Randy Waterfield regarding same; exchange of e-mails with Mr. Dorwart regarding District of Columbia counsel. | 1.40 | 300.000 | 420.00 | 0.00 | 420.00 |
| | | | | | INVOICE 0048040 FEE TOTALS: | 2.00 | | 660.00 | 0.00 | 660.00 |

PROJECT CODE: 0014 Affinity Financial Corp/AARP
INVOICE NO: 0048438 INVOICE DATE: 11/30/10

| DATE | EMPLY | NAME | W.C. | B T<br>T X | COMMENT | HOURS | RATE | WIP AMOUNT | WRITE UP/DOWN | BILLED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/01/10 | JDC | J. | 001 | B TT | Receipt and review of correspondence from the American Arbitration Association regarding refund check; prepare e-mail to Mr. Randy Waterfield and Mr. Rick Brown regarding same; exchange of e-mails with Mr. Brown regarding same. | 0.20 | 300.000 | 60.00 | 0.00 | 60.00 |
| 11/06/10 | FD | F. | 001 | B TT | Multiple emails concerning advice from McKay that AARP intends to appeal arbitration award. | 0.25 | 400.000 | 100.00 | 0.00 | 100.00 |
| 11/06/10 | JDC | J. | 001 | B TT | Prepare e-mail to Mr. Randy Waterfield regarding my telephone conference with Mr. Jack McKay; | 0.40 | 300.000 | 120.00 | 0.00 | 120.00 |

CLIENT CODE: 0006609 Waterfield Enterprises Fund I,
PROJECT CODE: 0014 Affinity Financial Corp/AARP
INVOICE NO: 0048438 INVOICE DATE: 11/30/10

(CONTINUED)

| DATE | EMPLY | NAME | W.C. | B T T X | COMMENT | HOURS | RATE | WIP AMOUNT | WRITE UP/DOWN | BILLED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/06/10 | JDC | J. | 001 | B TT | Prepare e-mail to Mr. Randy Waterfield regarding my telephone conference with Mr. Jack McKay; exchange of multiple e-mails with Mr. Dorwart regarding same. | | | | | |
| 11/06/10 | PD | P. | 001 | B TT | Email to and from Mr. Dorwart and Mr. Clayman regarding AARP's decision to appeal and possibility of fees. | 0.25 | 300.000 | 75.00 | 0.00 | 75.00 |
| 11/08/10 | JDC | J. | 001 | B TT | Exchange of e-mails with Mr. Dorwart and Mr. DeMuro regarding appeal issues for arbitration. | 0.30 | 300.000 | 90.00 | 0.00 | 90.00 |
| 11/09/10 | JDC | J. | 001 | B TT | Receipt and review of e-mail from Mr. Randy Waterfield regarding Jim McCrery's response to the appeal; telephone conference with Mr. Waterfield to discuss same. | 0.20 | 300.000 | 60.00 | 0.00 | 60.00 |
| 11/12/10 | FD | F. | 001 | B TT | Attention to reduction of award to judgment. | 0.50 | 400.000 | 200.00 | 0.00 | 200.00 |
| 11/12/10 | JDC | J. | 001 | B TT | Receipt and review of e-mail from Mr. DeMuro regarding confirmation of award; work on issues regarding same; attempt to locate DC counsel. | 0.40 | 300.000 | 120.00 | 0.00 | 120.00 |
| 11/12/10 | PD | P. | 001 | B TT | Emails with Mr. Clayman regarding confirming award and procedures related to same. | 0.25 | 300.000 | 75.00 | 0.00 | 75.00 |
| 11/16/10 | JDC | J. | 001 | B TT | Receipt and review of e-mail from Mr. Randy Waterfield regarding DC counsel; attempt to reach Mr. Robert Nealon; exchange of e-mails with Mr. DeMuro regarding same. | 0.40 | 300.000 | 120.00 | 0.00 | 120.00 |
| 11/17/10 | JDC | J. | 001 | B TT | Work on retention of DC counsel; prepare e-mail to Mr. Randy Waterfield regarding status. | 0.30 | 300.000 | 90.00 | 0.00 | 90.00 |
| 11/18/10 | JDC | J. | 001 | B TT | Exchange of e-mails with Mr. DeMuro regarding arbitration award; extensive telephone conference with Mr. Bob Nealon regarding issues pertaining to filing the arbitration award of record; prepare e-mail to Mr. Nealon regarding same; exchange of follow up e-mails with Mr. Nealon to follow up issues; exchange of e-mails with Mr. Dorwart and Mr. DeMuro regarding appeal issues. | 1.20 | 300.000 | 360.00 | 0.00 | 360.00 |
| 11/18/10 | PD | P. | 001 | B TT | Emails with Mr. Clayman and others related to application to confirm award. | 0.50 | 300.000 | 150.00 | 0.00 | 150.00 |
| 11/19/10 | FD | F. | 001 | B TT | Multiple emails respecting judgment registration. | 0.20 | 400.000 | 80.00 | 0.00 | 80.00 |
| 11/23/10 | JDC | J. | 001 | B TT | E-mail exchanges with Mr. Randy Waterfield, Mr. DeMuro and Mr. Bob Nealon regarding confirmation of arbitration award. | 0.30 | 300.000 | 90.00 | 0.00 | 90.00 |
| 11/24/10 | JDC | J. | 001 | B TT | Draft and revise Petition to Confirm Arbitration Award; review applicable federal and District of Columbia arbitration provisions; finalize draft; prepare e-mail to Mr. Waterfield regarding same. | 3.20 | 300.000 | 960.00 | 0.00 | 960.00 |
| 11/25/10 | JMM | J. | 001 | B TT | Westlaw research jurisdictional issue; review petition. | 1.00 | 300.000 | 300.00 | 0.00 | 300.00 |
| 11/26/10 | FD | F. | 001 | B TT | Multiple emails regarding petition for judgment on arbitration award. | 0.25 | 400.000 | 100.00 | 0.00 | 100.00 |
| 11/26/10 | PD | P. | 001 | B TT | Edit petition to confirm award; emails to Mr. Clayman and DC counsel regarding same. | 1.00 | 300.000 | 300.00 | 0.00 | 300.00 |
| 11/29/10 | FD | F. | 001 | B TT | Conference and emails x3 to Messrs. DeMuro and Clayman regarding registration of ward and entry of judgment on award; conference Messrs. DeMuro and Clayman respecting default judgment injunctive proceedings brought in Boston and how to respond. | 0.40 | 400.000 | 160.00 | 0.00 | 160.00 |

| DATE | EMPLY | NAME | W.C. | B T T X | COMMENT | HOURS | RATE | WIP AMOUNT | WRITE UP/DOWN | BILLED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT CODE: | | 0006609 | | | Waterfield Enterprises Fund I, | | | | | |
| PROJECT CODE: | | 0014 | | | Affinity Financial Corp/AARP | | | | | |
| INVOICE NO: 0048438 | | | INVOICE DATE: 11/30/10 | | | | | | | |
| 11/29/10 | JDC | J. | 001 | B TT | Review of e-mails and revisions to draft of Petition to Confirm Arbitration Award; complete revisions to same; prepare e-mail to Mr. Bob Nealon regarding same; receipt and review of e-mail from Mr. Nealon regarding status; prepare reply e-mail to Mr. Nealon; exchange of follow up e-mails with Mr. Nealon. | 1.20 | 300.000 | 360.00 | 0.00 | 360.00 |
| 11/30/10 | FD | F. | 001 | B TT | Multiple emails regarding filing of petition to enforce arbitration award. | 0.25 | 400.000 | 100.00 | 0.00 | 100.00 |
| 11/30/10 | JDC | J. | 001 | B TT | Receipt and review of e-mail from Mr. Randy Waterfield regarding confirmation status; prepare e-mail to Mr. Bob Nealon regarding same; receipt and review of e-mail and attachment from Ms. Ulka Patel regarding same; review of e-mail from Mr. DeMuro regarding same. | 0.40 | 300.000 | 120.00 | 0.00 | 120.00 |
| | | | | | INVOICE 0048438 FEE TOTALS: | 13.35 | | 4190.00 | 0.00 | 4190.00 |
| 11/25/10 | FD | F. | WES | E TT | WESTLAW - RESEARCH JMM | | | 40.94 | 0.00 | 40.94 |
| | | | | | INVOICE 0048438 EXPENSE TOTALS: | | | 40.94 | 0.00 | 40.94 |
| | | | | | INVOICE 0048438 TOTALS: | 13.35 | | 4230.94 | 0.00 | 4230.94 |
| PROJECT CODE: | | 0014 | | | Affinity Financial Corp/AARP | | | | | |
| INVOICE NO: 0048833 | | | INVOICE DATE: 12/31/10 | | | | | | | |
| 12/01/10 | JDC | J. | 001 | B TT | Receipt and review of e-mail from Ms. Ulka Patel regarding filing of the confirmation of the arbitration award; receipt and review of e-mail from Mr. DeMuro regarding same. | 0.20 | 300.000 | 60.00 | 0.00 | 60.00 |
| 12/02/10 | JDC | J. | 001 | B TT | Exchange of e-mails with Mr. DeMuro, Ms. Wilson and Mr. Rick Brown regarding corporation disclosure issues; receipt and review of e-mail from Ms. Ulka Patel regarding filing of the petition to confirm. | 0.40 | 300.000 | 120.00 | 0.00 | 120.00 |
| 12/03/10 | PD | P. | 001 | B TT | Work on confirmation of award in DC; telephone conference and emails regarding disclosure issues. | 0.50 | 300.000 | 150.00 | 0.00 | 150.00 |
| 12/09/10 | JDC | J. | 001 | B TT | Receipt and review of e-mail and attachment from Ms. Ulta Shriver regarding case filings; conference with Mr. DeMuro regarding same. | 0.20 | 300.000 | 60.00 | 0.00 | 60.00 |
| 12/23/10 | FD | F. | 001 | B TT | Review AARP motion to vacate arbitration award; conference with Mr. DeMuro respecting same and possible motions for sanctions. | 0.75 | 400.000 | 300.00 | 0.00 | 300.00 |
| 12/23/10 | JDC | J. | 001 | B TT | Receipt and review of e-mail and attachment from Ms. Ulka Patel regarding AARP's motion to vacate; receipt and review of e-mail from Mr. DeMuro regarding same; receipt and review of e-mail from Ms. Patel regarding same; conference with Mr. DeMuro to discuss same; receipt and review of e-mail from Mr. DeMuro regarding research. | 0.50 | 300.000 | 150.00 | 0.00 | 150.00 |
| 12/23/10 | PD | P. | 001 | B TT | Review AARP's motion to vacate arbitration award. | 2.00 | 300.000 | 600.00 | 0.00 | 600.00 |

| DATE | EMPLY | NAME | W.C. | B T / T X | COMMENT | HOURS | RATE | WIP AMOUNT | WRITE UP/DOWN | BILLED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT CODE: | | 0006609 | | | Waterfield Enterprises Fund I, | | | | | |
| PROJECT CODE: | | 0014 | | | Affinity Financial Corp/AARP | | | | | |
| INVOICE NO: 0048833 | | | INVOICE DATE: 12/31/10 | | | | | | | |
| 12/24/10 | FD | F. | 001 | B TT | Multiple emails to Mr. DeMuro discussing strategies for response to motion to vacate arbitration award. | 0.40 | 400.000 | 160.00 | 0.00 | 160.00 |
| 12/24/10 | JDC | J. | 001 | B TT | Work on response to motion to vacate; prepare e-mail to Mr. Dorwart and Mr. DeMuro regarding communication with panel members; exchange of e-mails with Mr. Dorwart, Mr. Medina and Mr. DeMuro regarding appeal issues. | 1.20 | 300.000 | 360.00 | 0.00 | 360.00 |
| 12/24/10 | JMM | J. | 001 | B TT | Westlaw research remand issue and scope of appeal issue; teleconference with Mr. Clayman regarding same. | 1.20 | 300.000 | 360.00 | 0.00 | 360.00 |
| 12/24/10 | PD | P. | 001 | B TT | Continue research on response to motion to vacate AAA award including regarding revised DC arbitration act; emails to Mr. Medina and local counsel regarding same. | 1.25 | 300.000 | 375.00 | 0.00 | 375.00 |
| 12/26/10 | JMM | J. | 001 | B TT | Review 48(c) issue and draft analysis. | 1.00 | 300.000 | 300.00 | 0.00 | 300.00 |
| 12/26/10 | PD | P. | 001 | B TT | Continue research on response to motion to vacate AAA award including whether Rule 48 waives defenses; emails to Mr. Medina regarding same. | 1.00 | 300.000 | 300.00 | 0.00 | 300.00 |
| 12/27/10 | FD | F. | 001 | B TT | Multiple emails regarding extension of time and format of response to motion to vacate. | 0.30 | 400.000 | 120.00 | 0.00 | 120.00 |
| 12/27/10 | JDC | J. | 001 | B TT | Receipt and review of e-mail from Ms. Ulka Shriver regarding motion for extension; receipt and review of e-mail from Mr. Medina regarding issues involving motion to vacate; prepare reply e-mail to Ms. Shriver; receipt and review of e-mail from Ms. Shriver regarding agreement to extension; receipt and review of e-mail and attachments from Ms. Shriver regarding motion for extension. | 0.30 | 300.000 | 90.00 | 0.00 | 90.00 |
| 12/28/10 | JDC | J. | 001 | B TT | Receipt and review of electronic filings regarding extension for Affinity Financial response to the motion to vacate; calendar same. | 0.20 | 300.000 | 60.00 | 0.00 | 60.00 |
| | | | | | INVOICE 0048833 FEE TOTALS: | 11.40 | | 3555.00 | 0.00 | 3555.00 |
| 12/24/10 | FD | F. | WES | E TT | WESTLAW - RESEARCH JMM | | | 346.49 | 0.00 | 346.49 |
| 12/24/10 | FD | F. | WES | E TT | WESTLAW - RESEARCH JMM | | | 268.17 | 0.00 | 268.17 |
| | | | | | INVOICE 0048833 EXPENSE TOTALS: | | | 614.66 | 0.00 | 614.66 |
| | | | | | INVOICE 0048833 TOTALS: | 11.40 | | 4169.66 | 0.00 | 4169.66 |
| PROJECT CODE: | | 0014 | | | Affinity Financial Corp/AARP | | | | | |
| INVOICE NO: 0049264 | | | INVOICE DATE: 01/31/11 | | | | | | | |
| 01/02/11 | JDC | J. | 001 | B TT | Receipt and review of e-mail from Mr. DeMuro regarding response to the motion to vacate; prepare reply e-mail to Mr. DeMuro. | 0.20 | 300.000 | 60.00 | 0.00 | 60.00 |
| 01/02/11 | PD | P. | 001 | B TT | Continue research on response to challenge to award relationship between FAA and DAA. | 0.25 | 300.000 | 75.00 | 0.00 | 75.00 |
| 01/04/11 | PD | P. | 001 | B TT | Work on response to AARP motion to vacate award emails with local counsel regarding research on local standard; emails to Mr. Clayman. | 0.50 | 300.000 | 150.00 | 0.00 | 150.00 |
| 01/05/11 | JDC | J. | 001 | B TT | Receipt and review of e-mail from Mr. DeMuro regarding response to the motion to vacate; work on same. | 0.40 | 300.000 | 120.00 | 0.00 | 120.00 |

| DATE | EMPLY | NAME | W.C. | B T T X | COMMENT | HOURS | RATE | WIP AMOUNT | WRITE UP/DOWN | BILLED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|

CLIENT CODE: 0006609 Waterfield Enterprises Fund I,
PROJECT CODE: 0014 Affinity Financial Corp/AARP
INVOICE NO: 0049264 INVOICE DATE: 01/31/11

| DATE | EMPLY | NAME | W.C. | B T T X | COMMENT | HOURS | RATE | WIP AMOUNT | WRITE UP/DOWN | BILLED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/05/11 | PD | P. | 001 | B TT | Work on response to AARP motion to vacate; emails to local counsel regarding DC law. | 0.50 | 300.000 | 150.00 | 0.00 | 150.00 |
| 01/06/11 | JDC | J. | 001 | B TT | Exchange of e-mails with Mr. DeMuro and Ms. Ulka Shriver regarding case status and research; telephone conference with Ms. Shriver regarding same. | 0.40 | 300.000 | 120.00 | 0.00 | 120.00 |
| 01/06/11 | PD | P. | 001 | B TT | Emails to Mass counsel regarding motion to dismiss hearing. | 0.25 | 300.000 | 75.00 | 0.00 | 75.00 |
| 01/07/11 | JDC | J. | 001 | B TT | Receipt and review of AARP's certificate of disclosure. | 0.10 | 300.000 | 30.00 | 0.00 | 30.00 |
| 01/07/11 | PD | P. | 001 | B TT | Emails regarding hearing on motion to dismiss injunctive relief case. | 0.50 | 300.000 | 150.00 | 0.00 | 150.00 |
| 01/08/11 | JDC | J. | 001 | B TT | Continue drafting of Affinity Financial's response to AARP motion to vacate; continue research and analysis of cases cited by AARP. | 5.50 | 300.000 | 1650.00 | 0.00 | 1650.00 |
| 01/09/11 | JDC | J. | 001 | B TT | Continue drafting of Affinity Financial's response to AARP motion to vacate; continue research and analysis of cases cited by AARP; finalize draft; prepare e-mail to parties for review of same. | 9.00 | 300.000 | 2700.00 | 0.00 | 2700.00 |
| 01/09/11 | PD | P. | 001 | B TT | Emails with local counsel and Mr. Clayman regarding brief in response to motion to vacate award. | 0.50 | 300.000 | 150.00 | 0.00 | 150.00 |
| 01/10/11 | FD | F. | 001 | B TT | Conference with Mr. DeMuro and emails x4 to Mr. DeMuro and Ms. Ulka regarding response to motion to vacate. | 0.50 | 425.000 | 212.50 | 0.00 | 212.50 |
| 01/10/11 | JDC | J. | 001 | B TT | Continue revisions to response to the motion to vacate; receipt and review of e-mail and attachment from Mr. DeMuro regarding revisions; exchange of follow up e-mails with Mr. DeMuro and Ms. Ulka Patel to finalize and file brief. | 1.40 | 300.000 | 420.00 | 0.00 | 420.00 |
| 01/10/11 | JMM | J. | 001 | B TT | Review response to motion to vacate; make revisions. | 1.10 | 300.000 | 330.00 | 0.00 | 330.00 |
| 01/10/11 | PD | P. | 001 | B TT | Edit, research, and redraft sections of brief in opposition to motion to set aside award and related emails to local counsel and Mr. Clayman. | 4.00 | 300.000 | 1200.00 | 0.00 | 1200.00 |
| 01/11/11 | JDC | J. | 001 | B TT | Telephone conference with Ms. Ulka Shriver regarding briefing matters and oral argument. | 0.20 | 300.000 | 60.00 | 0.00 | 60.00 |
| 01/14/11 | JDC | J. | 001 | B TT | Receipt and review of e-mail from Ms. Ulka Shriver regarding AARP's request for extension of time to serve a reply brief; exchange of e-mails with Mr. DeMuro and Ms. Shriver regarding same; receipt and review of electronic court filing regarding AARP's motion to extend. | 0.20 | 300.000 | 60.00 | 0.00 | 60.00 |
| 01/17/11 | JDC | J. | 001 | B TT | Exchange of e-mails with Mr. DeMuro and Ms. Ulka Shriver regarding whether or not to seek oral argument. | 0.30 | 300.000 | 90.00 | 0.00 | 90.00 |
| 01/17/11 | PD | P. | 001 | B TT | Emails regarding request for hearing. | 0.25 | 300.000 | 75.00 | 0.00 | 75.00 |
| 01/25/11 | JDC | J. | 001 | B TT | Receipt and review of electronic filing regarding Reply to opposition to motion re MOTION to Vacate Arbitration Award and Opposition to Plaintiff's | 0.40 | 300.000 | 120.00 | 0.00 | 120.00 |

FREDERIC DORWART, LAWYERS

BILLING HISTORY REPORT

*SORTED BY CLIENT CODE WITH BILLING DETAIL*

| DATE | EMPLY | NAME | W.C. | B T / T X | COMMENT | HOURS | RATE | WIP AMOUNT | WRITE UP/DOWN | BILLED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT CODE: | | 0006609 | | | Waterfield Enterprises Fund I, | | | | | |
| PROJECT CODE: | | 0014 | | | Affinity Financial Corp/AARP | | | | | |
| INVOICE NO: 0049264 | | | INVOICE DATE: 01/31/11 | | | | | | | |
| | | | | | | | | (CONTINUED) | | |
| 01/25/11 | JDC | J. | 001 | B TT | Receipt and review of electronic filing regarding Reply to opposition to motion re MOTION to Vacate Arbitration Award and Opposition to Plaintiff's Petition For Confirmation of Arbitration Award and Entry of Judgment filed by AARP FINANCIAL, INC. | | | | | |
| 01/25/11 | PD | P. | 001 | B TT | Emails with local counsel regarding motion to dismiss issues. | 0.50 | 300.000 | 150.00 | 0.00 | 150.00 |
| | | | | | INVOICE 0049264 FEE TOTALS: | 26.95 | | 8147.50 | 0.00 | 8147.50 |
| 01/31/11 | FD | F. | PAC | E TT | PACER Research | | | 1.76 | 0.00 | 1.76 |
| | | | | | INVOICE 0049264 TOTALS: | 26.95 | | 8149.26 | 0.00 | 8149.26 |
| PROJECT CODE: | | 0014 | | | Affinity Financial Corp/AARP | | | | | |
| INVOICE NO: 0049670 | | | INVOICE DATE: 03/02/11 | | | | | | | |
| 02/15/11 | FD | F. | 001 | B TT | Email to Messrs. Clayman and DeMuro discussing status of petition to register arbitration award. | 0.20 | 425.000 | 85.00 | 0.00 | 85.00 |
| 02/17/11 | JDC | J. | 001 | B TT | Receipt and review of e-mail from Mr. DeMuro regarding the status of the AARP case; receipt and review of e-mail from Mr. Randy Waterfield regarding same. | 0.20 | 300.000 | 60.00 | 0.00 | 60.00 |
| | | | | | INVOICE 0049670 FEE TOTALS: | 0.40 | | 145.00 | 0.00 | 145.00 |
| | | | | | INVOICE 0049670 TOTALS: | 0.40 | | 145.00 | 0.00 | 145.00 |
| PROJECT CODE: | | 0014 | | | Affinity Financial Corp/AARP | | | | | |
| INVOICE NO: 0050105 | | | INVOICE DATE: 04/01/11 | | | | | | | |
| 03/02/11 | FD | F. | UPS | E TT | UNITED PARCEL SERVICE | | | 7.28 | 0.00 | 7.28 |
| | | | | | INVOICE 0050105 TOTALS: | 0.00 | | 7.28 | 0.00 | 7.28 |
| PROJECT CODE: | | 0014 | | | Affinity Financial Corp/AARP | | | | | |
| INVOICE NO: 0050554 | | | INVOICE DATE: 05/01/11 | | | | | | | |
| 04/18/11 | JDC | J. | 001 | B TT | Receipt and review of e-mail from Mr. DeMuro regarding status of AARP appeal; conference with Mr. DeMuro regarding same. | 0.20 | 300.000 | 60.00 | 0.00 | 60.00 |
| | | | | | INVOICE 0050554 TOTALS: | 0.20 | | 60.00 | 0.00 | 60.00 |
| PROJECT CODE: | | 0014 | | | Affinity Financial Corp/AARP | | | | | |
| INVOICE NO: 0051437 | | | INVOICE DATE: 06/30/11 | | | | | | | |
| 06/17/11 | JDC | J. | 001 | B TT | Receipt and review of e-mail from Ms. Ulka Patel regarding AARP appeal status; prepare reply e-mail to Ms. Patel. | 0.30 | 300.000 | 90.00 | 0.00 | 90.00 |
| | | | | | INVOICE 0051437 TOTALS: | 0.30 | | 90.00 | 0.00 | 90.00 |
| | | | | | REPORT TOTALS: | 54.60 | | 17520.38 | 0.00 | 17520.38 |