# EXHIBIT A-3

# Redacted Time Records of Nealon & Associates, PC

Nealon & Associates, P.C.
119 North Henry Street
Old Town
Alexandria, VA  22314


Invoice submitted to:
Affinity Financial Corp./Waterfield Financial Services, Inc.
620 Newport Center Drive, Sutie 1100
Newport Beach, CA 92660


July 29, 2011


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/18/2010 - | RBN | Talk to cl re new matter | 0.50<br>$300.00/hr | 150.00 |
| 11/19/2010 - | RBN | Talk to cl re new matter | 0.50<br>$300.00/hr | 150.00 |
| 11/29/2010 - | UP | Meeting w RBN and JII, rev final proposed edition of arbitration award petition, notes for review, status to RBN | 0.50<br>$200.00/hr | 100.00 |
| 11/30/2010 - | UP | Reviewed petition and award, incorporated references to local law and formatted petition in conformity with local rules, confirmed protocol for the special proceeding with the clerk of court, prepared originals, copies, check, and electronic document disc for filing, circulated to counsel by email, ordered courier through SB. | 1.00<br>$200.00/hr | 200.00 |
| - | RBN | Document review. | 1.33<br>$300.00/hr | 399.00 |
| 12/1/2010 - | UP | Final review of petition and package, final edits and adjustments, recirculated with confirmation of courier dispatch to counsel. | 0.50<br>$200.00/hr | 100.00 |
| 12/2/2010 - | UP | Talk to processing clerk, prepared disclosure and order for judge's attention and notice in lieu of summons for expedited service to counsel, comm w P. Demuro re corporate affiliations, met w RBN, prepared originals and copies for filing, trav to court, submitted for filing w processing clerk, confirmed 12/1 filestamp, RTO, dispo letter to counsel/cls and RBN | 3.00<br>$200.00/hr | 600.00 |

Affinity Financial Corp./Waterfield Financial Services, Inc.                                                      Page      2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/6/2010 - | UP | Email confirmation of filings | 0.25<br>$200.00/hr | 50.00 |
| 12/23/2010 - | UP | Review served copy of response to petition and motion to vacate arbitration award, scanned and circulated to cls and JII/RBN, confirmed time to respond, met w JII, email comm w counsel, tt V. Thompson re request for extension and f/u w email confirmation, draft motion, memorandum and order for extension and circulated, tt cls re stategy for drafting response | 2.00<br>$200.00/hr | 400.00 |
| 12/27/2010 - | UP | Review status of request for consent, email comm w cl re preliminary analysis of DC federal case law and confirmed respective drafting assignments, confirmed unopposed motion and updated/recirculated drafts, filed unopposed motion, memorandum and order for extension, confirmed w cls | 1.00<br>$200.00/hr | 200.00 |
| 12/28/2010 - | UP | Review granting of minute order extending time, email w cls | 0.25<br>$200.00/hr | 50.00 |
| 1/4/2011 - | UP | Research D.C. district and federal cases re arbitration award issues presented by motion to vacate | 2.00<br>$200.00/hr | 400.00 |
| 1/6/2011 - | UP | Email drafting statuses w counsel | 0.25<br>$200.00/hr | 50.00 |
| 1/7/2011 - | UP | Draft analyses of local law for opposition to motion to vacate | 2.00<br>$200.00/hr | 400.00 |
| 1/8/2011 - | UP | Finalize contributed passages to opposition, sent to counsel w email memo | 2.00<br>$200.00/hr | 400.00 |
| 1/10/2011 - | UP | Review comments and drafts fr counsel, incorporated all into final edition of opposition, circulated for approvals, attached exhibits by counsel, finalized w proposed order and filed electronically | 3.00<br>$200.00/hr | 600.00 |
| 1/14/2011 - | UP | Email w OC re extension request, copy to counsel, rev motion filed | 0.38<br>$200.00/hr | 76.00 |
| 1/17/2011 - | UP | Email comm w counsel re oral argument strategy | 0.25<br>$200.00/hr | 50.00 |
| 2/16/2011 - | UP | Review docket, email memo to cl w request to confirm pro hac vice intentions, forwarded information to SA for motion preparation | 0.50<br>$200.00/hr | 100.00 |
| 2/17/2011 - | SBA | Draft and email motions for pro hac vice to Renee Ross. | 0.67<br>$100.00/hr | 67.00 |
| 2/18/2011 - | SBA | Read email from Renee Ross; respond to email from Renee Ross. | 0.08<br>$100.00/hr | 8.00 |

Affinity Financial Corp./Waterfield Financial Services, Inc.                                          Page     3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/1/2011 - | SBA | Email communication with Renee Ross. | 0.08<br>$100.00/hr | 8.00 |
| 6/17/2011 - | UP | Email w counsel re status of deliberations and ruling | 0.25<br>$200.00/hr | 50.00 |
| 6/21/2011 - | UP | Review email fr counsel | 0.25<br>$200.00/hr | 50.00 |
| | | For professional services rendered | 22.54 | $4,658.00 |

Additional Charges :

| | | | Qty/Price | |
|---|---|---|---|---|
| 11/30/2010 - | TK | AFC WFS Filing fee (24556) | 1<br>350.00 | 350.00 |
| 12/13/2010 - | TK | Mileage Travel - Filing | 40<br>0.42 | 16.80 |
| | | Total costs | | $366.80 |
| | | For professional services rendered | 22.54 | $5,024.80 |

| | | | | |
|---|---|---|---|---|
| 11/30/2010 | Invoice No. 16781 | 16781 | | $399.00 |
| 12/13/2010 | Invoice No. 16760 | 16760 | | $1,716.80 |
| 12/31/2010 | Invoice No. 16913 | 16913 | | $650.00 |
| 1/7/2011 | Payment - thank you. Check No. 200190 | | | ($2,115.80) |
| 1/31/2011 | Invoice No. 17049 | 17049 | | $1,976.00 |
| 2/28/2011 | Invoice No. 17168 | 17168 | | $175.00 |
| 3/31/2011 | Invoice No. 17293 | 17293 | | $8.00 |
| 4/4/2011 | Payment - thank you. Check No. 200195 | | | ($2,626.00) |
| 4/22/2011 | Payment - thank you. Check No. 200196 | | | ($175.00) |
| 5/5/2011 | Payment - thank you. Check No. 200199 | | | ($8.00) |
| 6/30/2011 | Invoice No. 17618 | 17618 | | $100.00 |
| | Total payments and adjustments | | | $100.00 |