IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFFINITY FINANCIAL CORPORATION and, § <br> WATERFIELD FINANCIAL SERVICES, § <br>     INC, § <br> § <br>     Petitioners, § <br> § <br> vs. § <br> § <br> AARP FINANCIAL INC., § <br> § <br>     Respondent . § | Case No.  10-2055 <br> Hon. Ricardo M. Urbina <br> United States District Court Judge |

**ORDER ON PETITIONERS' MOTION FOR ATTORNEYS' FEES AND COSTS**

WHEREIN came the Petitioners, Affinity Financial Corporation *et al*., and submitted their Motion for Attorneys' Fees and Costs (Doc. No. 17) pursuant to this Court's Order of July 1, 2011 (Doc. No. 14), together with accompanying incorporated exhibits;

UPON consideration thereof, and of any further respective pleadings of the Petitioners and Respondent, AARP Financial, Inc., the Court finds that Petitioners' submitted attorneys' fees and costs are reasonable and well-supported in all regards in accordance with the principles of this Court; and accordingly,

IT IS HEREBY ORDERED, ADJUDICATED and DECREED that the Petitioners are granted, against Respondent, an award of their attorneys' fees and costs as follows:

| Item No. | Description | Amount |
|---|---|---|
| 1 | Attorneys' Fees | $22,095.38 |
| 2 | Paralegal Fees | $83.00 |
| 3 | Litigation Costs | $1,031.44 |
| 4 | Post-Motion Accrual of Fees & Costs | |
| | **Total** | **$** |

So Ordered.

RICARDO M. URBINA
United States District Judge