IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFFINITY FINANCIAL CORPORATION and, § <br> WATERFIELD FINANCIAL SERVICES, § <br> INC, § <br> § <br> Petitioners, § <br> § <br> vs. § <br> § <br> AARP FINANCIAL INC., § <br> § <br> Respondent . § | <br><br><br><br><br><br><br><br>Case No. 10-2055 <br> Hon. Ricardo M. Urbina <br> United States District Court Judge |

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July, 2011, the accompanying Motion for Attorneys' Fees and Costs, together with its accompanying exhibits and proposed order, were served by electronic means through the office of the Court Clerk for the District Court for the District of Columbia:

Jack McKay
jack.mckay@pillsburylaw.com

                                              /s/ Ulka Patel Shriver
                                              Ulka Patel Shriver, Esq. (DC Bar No. 480191)
                                              Nealon & Associates, P.C.
                                              119 N. Henry St. Alexandria, VA 22314
                                              Phone: 703-684-5755
                                              Fax: 703-684-0153
                                              upnealon@nealon.com